I concur in that part of the rationale to the effect that "the relationship between J J Com and Jones involved interstate commerce," 882 So.2d at 837, except that I express no opinion on the reliance on Citizens Bank v. Alafabco, Inc., 539 U.S. 52,123 S.Ct. 2037, 156 L.Ed.2d 46 (2003), and Wolff Motor Co. v.White, 869 So.2d 1129 (Ala. 2003). I likewise express no opinion on any other aspect of the analysis of the sufficiency of the nexus between this transaction and interstate commerce to invoke the Federal Arbitration Act. I concur in footnote 1 to the effect that Wehby is bound by the arbitration agreement. Finally, I concur in the judgment. *Page 838